# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carey, Kevin J. | United States Bankruptcy Court for the District of Delaware | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | Member, Board of Trustees, Executive Board, President | Turnaround Management Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2014 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual | $10,000.00 |
| 2. 2014 | Temple University Beasley School of Law (teaching) | $5,778.00 |
| 3. 2014 | St. John's University (teaching) | $7,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | January 15-17, 2014 | Chicago, IL | Board Meeting Attendee | Airfare, Lodging, Meals, Local Transportation, Parking |
| 2. | Eastern District of Pennsylvania Bankruptcy Conference | January 23-24, 2014 | Atlantic City, NJ | Annual Forum Attendee | Lodging, Meals, Mileage, Tolls, Parking |
| 3. | Turnaround Management Association | January 27, 2014 | New York, NY | New York Chapter Program Participant | Amtrak, Parking |
| 4. | New York Institute of Credit/ Association of Insolvency and Restructuring Advisors | January 30, 2014 | New York, NY | Bankruptcy and restructuring Event Panelist | Amtrak, Parking, Program Fee (including meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | Turnaround Managemenet Association | February 4-7, 2014 | Las Vegas,NV | Distressed Investng Conference (panelist and Board of Trustees meeting) | Airfare, Lodging, Meals, Local Transportation, Parking, Program Fee |
| 6. | Turnaround Management Association | February 8-9, 2014 | Bozeman, Montana | Certification Oversight Committee | Airfare, Lodging, Airport Parking |
| 7. | American Bankruptcy Institute | February 10-12, 2014 | Irving, TX | Bankruptcy Commission Report Attendee | Airfare, Baggage Fees, Lodging; Meals, Local Transportation, Parking |
| 8. | National Conference of Bankruptcy Judges | March 25-27, 2014 | Washington, DC | Legislative Committee Capitol Hill Visits (Participant) | Lodging, Meals, Local Transportation, Mileage, Tolls |
| 9. | New York Institute of Credit/ Association of Insolvency and Restructuring Advisors | March 27, 2014 | Villanova, PA | Views from the Bench Panelist | Reception |
| 10. | National Conference of Bankruptcy Judges | Aparil 6-8, 2014 | Kansas City, MO | Mid-Year Meeting (Attendee and Committee Member) | Airfare, Lodging, Meals, Local Transportation, Parking, Tips |
| 11. | St. John's Law School | Aparil 11-12, 2014 | Queens, NY | LLM Class (Adjunct Instructor) | Amtrak, Lodging, Meals, Parking, Tips |
| 12. | American Bankruptcy Institute | April 24-27, 2014 | Washington, DC | Spring Meeting (Board Member and Panelist) | Lodging, Meals, Parking, Mileage, Tolls, Program Fee |
| 13. | Judicial Conference of the United States | April 28, 2014 | Washington, DC | Space & Facilities Rent Management Subcommittee Meeting (Committee Member) | Lodging, Meals, Parking, Mileage, Tolls, ips |
| 14. | Turnaround Management Association | May 5, 2014 | Boston, MA | TMA Boston Chapter Gala (Attendee) | Airfare, Baggage Fee, Lodging, Meals, Local Transportation, Parking |
| 15. | Turnaround Management Association | May 6-9, 2014 | Chicago, IL | Senate (Panelist; Board of Trustees Meeting) | Airfare, Baggage Fees, Lodging, Meals, Local Transportation, Parking, Program Fee |
| 16. | American Bankaruptcy Institute | May 15, 2014 | New York, NY | 16th Annual New York City Bankruptcy Conference (Panelist) | Amtrak, Local Transportation, Parking |
| 17. | Association of Insolvency and Restructuring Advisors | June 4-7, 2014 | Denver, CO | 30th Annual Bankruptcy and Restructuring Conference (Panelist) | Airfare, Baggage Fees, Lodging, Parking, Program Fee (including meals) |
| 18. | Judicial Conference of the United States | June 8-10, 2014 | Nashville, TN | Space & Facilities Meeting (Committee Member) | Airfare, Lodging, Meals, Local Transportation, Parking |
| 19. | Turnaround Management Association | June 11-15-2014 | Munich, Germany | TMA European Conference (Speaker) | Airfare, Lodging, Baggage Fees, Parking, Program Fee (including meals) |
| 20. | Turnaround Managemenet Association | June 24-25, 2014 | Chicago, IL | Management Meeting (Participant) | Airfare, Lodging, Meals, Local Transportation, Parking |
| 21. | Turnaround Management Association | July 9-11, 2014 | Dana Point, CA | Western Regional Conference (Panelist) | Airfare, Lodging, Meals, Local Transportation, Program Fee (including meals) |
| 22. | American Bankruptcy Institute | August 13-15, 2014 | Maui, HI | Hawaii Conference (Panelist) | Airfare, Lodging, Parking, Program Fee (including meals) |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carey, Kevin J. | 05/14/2015 |

| | | | | |
|---|---|---|---|---|
| 23. | Judicial Conference of the United States | August 17-19, 2014 | Chicago, IL | Space & Facilities Meeting (Committee Member) | Airfare, Lodging, Meals, Local Transportation, Parking, Tips |
| 24. | Turnaround Management Association | September 3-5, 2014 | New York, NY | Nominating Committee Meeting (Committee Member) | Amtrak, Lodging, Meals, Local Transportation |
| 25. | Association of Insolvency and Restructuring Advisors | September 10, 2014 | Philadelphia, PA | Annual Meeting Planning Committee (Committee Member) | Parking |
| 26. | National Conference of Bankruptcy Judges | September 16-17, 2014 | Washington, DC | Legislative Committee Capitol Hill Visits (Participant) | Lodging, Meals, Local Transportation, Mileage, Tolls, Parking |
| 27. | St. John's University | September 18-19, 2014 | Queens, NY | LLM Class (Adjunct Professor) | Amtrak, Lodging, Meals, Parking, Tips |
| 28. | Turnaround Management Association | September 28-October 2, 2014 | Toronto, Ontario | Annual Meeting | Airfare, Baggage Fees, Lodging, Meals, Local Transportation, Parking, Program Fee (including meals) |
| 29. | National Conference of Bankruptcy Judges | October 7-11, 2014 | Chicago, IL | Annual Meeting | Airfare, Lodging, Meals, Local Transportation, Parking |
| 30. | American Bankruptcy Institute | October 24, 2014 | Georgetown, DC | Views from the Bench (Panelist) | Mileage, Tolls, Parking |
| 31. | Turnaround Management Association | October 27-29, 2014 | New York, NY | Executive Board Meetings (Board Member) | Amtrak, Lodging, Meals, Local Transportation, Parking |
| 32. | Pennsylvania Bar Institute | October 30, 2014 | Philadelphia, PA | Annual Bankruptcy Institute (Panelist) | Parking |
| 33. | Turnaround Management Association | November 10-14, 2014 | London, United Kingdom | UK Conference (Speaker and Attendee) | Airfare, Baggage Fees, Lodging, Meals, Local Transportation, Program Fee (including meals) |
| 34. | Association of Insolvency and Restructuring Advisors | November 17, 2014 | New York, NY | 13th Annual Advanced Restructuring and Plan of Reorganization Conference (Panelist) | Amtrak, Parking, Program Fee (including lunch) |
| 35. | Turnaround Management Association | December 13-16, 2014 | New York, NY | NextGen Leadership Retreat (Attendee) | Amtrak, Lodging, Meals, Local Transportation, Parking |
| 36. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIA Card Services (formerly Wachovia) | Line of Credit | J |
| 2. | Citibank VISA | Credit Card | K |
| 3. | American Express Optima | Credit Card | K |
| 4. | Barclaycard (formerly Bank of America - USAir) | Credit Card | K |
| 5. | American Express | Credit Card | J |
| 6. | TD Bank | Credit Card | J |
| 7. | Sears | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓▓▓▓ 401(k)- Investments Trustee directed | C | Dividend | L | T | | | | | |
| 2. Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544